UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) FRANCISCO RESTREPO MESA and<br><br>▮<br><br>Defendants | Criminal No. 23cr10126<br><br>Violations:<br><br>Count One: Conspiracy to Possess with Intent to Distribute and to Distribute 500 Grams or More of Cocaine<br>(21 U.S.C. § 846)<br><br>Counts Two and Four: Possession with Intent to Distribute 500 Grams or More of Cocaine<br>(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(ii))<br><br>Count Three: Possession with Intent to Distribute 5 Kilograms or More of Cocaine<br>(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(ii))<br><br>Drug Forfeiture Allegation:<br>(21 U.S.C. § 853) |

## INDICTMENT

### COUNT ONE
Conspiracy to Possess with Intent to Distribute and to Distribute
500 Grams or More of Cocaine
(21 U.S.C. § 846)

The Grand Jury charges:

In or about March 2023, in ▮ Revere, ▮ in the District of Massachusetts, and elsewhere, the defendants,

(1) FRANCISCO RESTREPO MESA and
▮

conspired with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 500 grams or more of a mixture and substance containing a detectable amount cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) is applicable to this Count.

It is further alleged that, with respect to Count One, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to, (1) FRANCISCO RESTREPO MESA ▮▮▮▮▮. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to defendant (1) FRANCISCO RESTREPO MESA ▮▮▮▮▮.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
Possession with Intent to Distribute
500 Grams or More of Cocaine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii))

The Grand Jury further charges:



COUNT THREE
Possession with Intent to Distribute
5 Kilograms or More of Cocaine
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(ii))

The Grand Jury further charges:

On March 6, 2023, in Revere, in the District of Massachusetts, the defendant,

(1) FRANCISCO RESTREPO MESA,

did knowingly and intentionally possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

## COUNT FOUR
Possession with Intent to Distribute
500 Grams or More of Cocaine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii))

The Grand Jury further charges:

On March 16, 2023, in Revere in the District of Massachusetts, the defendant,

(1) FRANCISCO RESTREPO MESA,

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii).

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further finds:

1. Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Sections 841(a)(1) and 846, set forth in Counts One through Four, the defendants,

(1) FRANCISCO RESTREPO MESA and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses. The property to be forfeited includes, but is not limited to, the following asset:

    a. $190,750 seized from 2 Ocean Avenue, Apartment 504, Revere, Massachusetts, on March 6, 2023.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

KATHERINE FERGUSON
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: May 2, 2023
Returned into the District Court by the Grand Jurors and filed.

05/02/2023

DEPUTY CLERK